■ WAGNER, McNIFF, DiMAIO & LEVY, Respondents, v LSM ENTERPRISES, INC., et al., Defendants, and DR. LEO MARCUS, Appellant.—Judgment, Supreme Court, Bronx County, entered on September 12, 1975, unanimously affirmed on the opinion of Rubin, J., at Trial Term and that plaintiffs-respondents recover of defendant-appellant $60 costs and disbursements of

this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Nunez, JJ.